DENNIS McMAHON et al., Appellants, *v.* JOHN SMITH, Impleaded, Respondent.

APPEAL from a judgment in favor of defendant.

D. McMahon, for appellants.

A. M. Clute, for respondent.

*Per Curiam.* The judgment herein is affirmed for the reason assigned by the trial justice in his opinion.

Present: FITZSIMONS and O'DWYER, JJ.

Judgment affirmed.